UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

NELSON BRITO,

                    Plaintiff,

                                              No. 9:06-CV-00154
                v.                                (FJS/DEP)


ELIOT SPITZER, et al.,

                    Defendants.

_____


APPEARANCES:                        OF COUNSEL:

FOR PLAINTIFF:

Nelson Brito, Pro Se
Wende Correctional Facility
Wende Road
PO Box 1187
Alden, NY   14004-1187


FOR DEFENDANTS:

HON. ANDREW M. CUOMO                JEFFREY P. MANS, ESQ.
Attorney General of the            Asst. Attorney General
 State of New York
The Capitol
Albany, New York   12224


**FREDERICK J. SCULLIN, JR., S.J.**


### DECISION AND ORDER


     The Court has reviewed Magistrate Judge David E. Peebles'

July 2, 2007 Report-Recommendation and the entire file in this

matter. The Court also extended the deadline for plaintiff to

file objections to August 21, 2007.  See  Dkt. No. 35.

Thereafter, plaintiff filed no objections to said Report-

Recommendation.  Accordingly, the Court hereby

ORDERS that Magistrate Judge Peebles' July 2, 2007 Report-

Recommendation is **ADOPTED** in its entirety for the reasons stated

therein; and the Court further

ORDERS that Defendants Spitzer's and Goord's motion to

dismiss the claims against them is **GRANTED** without prejudice to

Plaintiff amending his complaint to replead his claims against

them; and the Court further

ORDERS that Plaintiff may file an amended complaint that

contains repleaded claims against Defendant Spitzer and Goord

**within thirty(30)days** from the filing date of this Order, and the

Court further

ORDERS that, if Plaintiff fails to file an amended complaint

that contains repleaded claims against Defendants Spitzer and

Goord **within thirty (30) days** from the filing date of this Order,

the Court will dismiss the claims against Defendant Spitzer and

Goord **with prejudice** without further Order of this Court.

**IT IS SO ORDERED.**

DATED: September 6, 2007
       Syracuse, New York


_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge