UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NELSON BRITO,

                              Plaintiff,

                                                                        Civil Action No.
                                                                         9:06-CV-00154
                v.                                                   (FJS/DEP)

R. K. WOODS, et at.,

                              Defendants.
_____

APPEARANCES:                               OF COUNSEL:

**FOR PLAINTIFF**:

Nelson Brito, Pro Se
03-B-1309
Wende Correctional Facility
Wende Road
P.O. Box 1187
Alden, New York   14004


**FOR DEFENDANTS**:

HON. ANDREW M. CUOMO                AARON M. BALDWIN, ESQ.
Attorney General of                        Assistant Attorney General
the State of New York
The Capitol
Albany, New York   12224


**FREDERICK J. SCULLIN, JR., S.J.:**

## ORDER

    After carefully considering the entire file in this matter, including Magistrate Judge

Peebles' July 13, 2009 Report and Recommendation to which the parties have not filed any objections; the Court hereby

**ORDERS** that Magistrate Judge Peebles' July 13, 2009 Report and Recommendation is **ADOPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **GRANTED,** and the Court further

**ORDERS** that Plaintiff's complaint is **DISMISSED** as against all remaining defendants; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.

IT IS SO ORDERED.

DATED: August 6, 2009
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge